# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID AND KATHLEEN STARK, | : | No. 234 WAL 2015 |
| Respondents | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| PEOPLES NATURAL GAS COMPANY, | : | |
| LLC, AS  SUCCESSOR-IN-INTEREST TO | : | |
| EQUITABLE GAS COMPANY, LLC, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.